# ORIGINAL

FORM 1

## NOTICE OF APPEAL

. . . . . . . . . . .

UNITED STATES DISTRICT COURT
FOR THE
__EASTERN__ DISTRICT OF __NEW YORK__

NOTICE OF APPEAL

11-cv-3720

Docket No.

Notice is hereby given that __CHANA TAUB__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) __MEDIATION EXCLUDING OWNER CHANA TAUB__.

entered in this action on the __20__ day of __APRIL__, 20__11__.

_Chana Taub_
Signature

__CHANA TAUB__
Printed Name

__P. O. BOX 667__
Address

__BROOKLYN, NY. 11219__

__(718) 755-5552__
Telephone No. (with area code)

Date: __9/14/11__

RECEIVED
SEP 14 2011
PRO SE OFFICE

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

P. KAUFMAN
*Plaintiff/Petitioner*

C. TAUB
*Defendant/Respondent*

Civil Action No. 11-CV-3720

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __N/A__ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__ , and my take-home pay or wages are: $ __0__ per *(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ☐ Yes  ☒ No
(b) Rent payments, interest, or dividends  ☐ Yes  ☒ No
(c) Pension, annuity, or life insurance payments  ☐ Yes  ☒ No
(d) Disability, or worker's compensation payments  ☐ Yes  ☒ No
(e) Gifts, or inheritances  ☐ Yes  ☒ No
(f) Any other sources  ☐ Yes  ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

PLEASE SEE ENCLOSED AFFIRMATIONS

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ ___0___.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

> I am in Bankruptcy Court with a 'Chapter 11' Trustee who is embezzling all my monies.
> Simon Taub, my ex-husband, forged my name and emptied out my bank accounts. Even the Court Orders that he pay me interim support of $350, he violates, and doesn't pay. Therefore, I am destitute and penniless.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

> At this point, the 'Chapter 11 Trustee' took over all my income, and she is not even paying my expenses, so they are still due.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

> My son, Alexander, is a full-time student, and lives at home with me.
> My elderly, frail, blind father lives at home with me.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

> My home is in foreclosure. Simon Taub violated court orders to pay mortgage and expenses which accrued.
> The 'Chapter 11 Trustee' is embezzling all my funds, and has incurred and accumulated huge bills, which she refuses to reveal, and which she wants to produce only after I receive any income, so that she can confiscate that too.

*Declaration.* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Therefore, I am destitute and I have no source of income   I am dependent on Charity.

Date:  9/14/11                                                  *Chana Taub*
                                                                          *Applicant's signature*

                                                                CHANA TAUB
                                                                  *Printed name*